IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **I.W., a minor, by and through his Parent, N.W.** | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | **CIVIL ACTION** |
| | : | **No.: 14- 3141** |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this  13th  day of January, 2016, upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs, (ECF No. 33); the District's response in opposition, (ECF No. 36); and Plaintiffs' reply thereto, (ECF No. 37), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant shall pay $150,190.60 in fees and $400.00 in costs to Plaintiffs.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE